The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| WYNP | E1479870 | HALL | | 07/08/2025 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | | |
| Offense Charged | Offense Description | | | |
| 36CFR4.21(c) | SPEED | | | |
| Defendant Name | | | | |
| BALLARD, JAMY A | | | | |
| Initial Court Appearance | | | | |
| MANDATORY - You must appear in court | | | | |
| Court Address | | | | Date/Time |
| US DISTRICT COURT<br>YELLOWSTONE JUSTICE CENTER<br>105 ALBRIGHT AVE<br>YELLOWSTONE N P, WY 82190 | | | | 08/14/2025<br>01:30 PM |